## Kondyra *v.* Luscombe, Appellant.

Argued April 30, 1964. Before JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Ralph B. D'Iorio,* with him *Cramp & D'Iorio,* for appellant.

*Max Meshon,* with him *Harold L. Ervin, Jr.,* and *Eilberg, Meshon & Brener,* for appellee.

OPINION PER CURIAM, May 27, 1964:
Judgment affirmed.